1  transcribed and that are relevant to a determination of the issues presented by the petition.

2      4.    If petitioner wishes to respond to the answer, he must do so by filing a traverse
3  with the court and serving it on respondent on or before **September 10, 2010**.

4      5.    Petitioner is responsible for prosecuting this case. He must keep the court
5  informed of any change of address and must comply with the court's orders in a timely
6  fashion. Failure to do so may result in the dismissal of this action for failure to prosecute
7  pursuant to Federal Rule of Civil Procedure 41(b).

8      IT IS SO ORDERED.

9  DATED: July 8, 2010                                 _____
10                                               Marilyn Hall Patel
                                              United States District Judge

3