UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW DALE POWERS,<br><br>    Petitioner,<br><br>    v.<br><br>A. HEDGPETH, warden,<br><br>    Respondent.<br>_____ / | No. C 10-365 MHP (pr)<br><br>**SCHEDULING ORDER** |

Petitioner has filed a request for a stay and abeyance of this action so that he may exhaust state court remedies for some new claims that he wishes to present to this court for federal habeas review. The court now sets the following briefing schedule on petitioner's request (docket # 9).

1. No later than **December 10, 2010**, respondent must file and serve any opposition to the request for a stay and abeyance.

2. No later than **December 31, 2010**, petitioner must file and serve on respondent's counsel his reply brief (if any) in support of his request for a stay and abeyance.

The court notes that it appears that petitioner did not mail to respondent's counsel a copy of the request for stay and abeyance. Petitioner is cautioned that he must mail to respondent's counsel a copy of every document he files in this action.

IT IS SO ORDERED.

DATED: November 19, 2010

_____
Marilyn Hall Patel
United States District Judge